UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALBANA AVULLIJA,

    Plaintiff,

v.              Case No. 3:23-cv-262-MMH-MCR

ALEJANDRO MAYORKAS,
Secretary, Department of Homeland
Security, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 13; Notice) filed on August 29, 2023. In the Notice, Plaintiff requests dismissal of this matter. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.     This case is **DISMISSED**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of August, 2023.

_____
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record